# United States Court of Appeals
## For the First Circuit

---

No. 03-1643

UNITED STATES OF AMERICA,

Appellant,

v.

ZACHARY PARADIS,

Defendant, Appellee.

---

ERRATA SHEET

The opinion of this Court issued on November 18, 2003 is amended as follows:

On page 18, replace "twelve-to" with "twelve- to"